**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Leah M. Altemus<br>Douglas S. Altemus<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-70047 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as servicer for AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ James C. Warmbrodt, Esquire**
                      James C. Warmbrodt, Esquire
                      jwarmbrodt@kmllawgroup.com
                      Attorney I.D. No. 42524
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      Phone: (215)-627-1322
                      Attorney for Movant/Applicant