**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/02/2018

IN RE:

DOUGLAS S ALTEMUS
LEAH M ALTEMUS
310 SHAWNEE VIEW ROAD
CENTRAL CITY, PA 15926
XXX-XX-1304          Debtor(s)

XXX-XX-1030

Case No.18-70047 JAD

Chapter 13

---

**AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/2/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **ORION**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WEST PENN PWR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JODI L HAUSE ESQ**<br>BERNSTEIN-BURKLEY PC<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMERIHOME MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 1<br>CLAIM: 13,836.26<br>COMMENT: CL1GOVS@6%*910 CL/PL*ALLY FNNCL/SCH | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6801 |
| **AMERIHOME MORTGAGE COMPANY LLC**<br>C/O CENLAR FSB(*)<br>ATTN BANKRUPTCY<br>PO BOX 77409*<br>EWING, NJ 08618 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: CL10GOVS*1021/PL*1005.22x(60+2)=LMT*BGN 2/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6557 |
| **ONE MAIN FINANCIAL OF PA INC FKA SPRINGLE**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 5   INT %: 4.50%<br>Court Claim Number: 3<br>CLAIM: 10,038.65<br>COMMENT: CL3GOVS@4.50%*910 CL/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7275 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 3,421.06<br>COMMENT: CL2GOVS@$8,766.37@0%/PL*14,15/SCH*14-17 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1030/1304 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3515 |
| **CREDIT PROTECTION ASSOC**<br>13355 NOEL RD<br>21ST FLOOR<br>DALLAS, TX 75240 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY~PEOPLES NATRL GAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0498 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 740283<br>ATLANTA, GA 30374-0283 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,601.22<br>COMMENT: X6305/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1304 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 521.35<br>COMMENT: NO$~NTC ONLY~@ 7565 DIRECTV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4726 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PREMIER BANKCARD LLC**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC* - ASGI<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 315.80<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6921 |
| **FIRST PREMIER BANK**<br>601 SOUTH MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6889 |
| **ARMY & AIR FORCE EXCHANGE SVCS**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUSCON, AZ 85712 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 2,783.80<br>COMMENT: MILITARY STAR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8774 |
| **MILITARY STAR**<br>3911 S WALTON WALKER BLVD<br>DALLAS, TX 75236 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2855 |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3603 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM: 481.88<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1030/1304 |
| **AMERIHOME MORTGAGE COMPANY LLC**<br>C/O CENLAR FSB(*)<br>ATTN BANKRUPTCY<br>PO BOX 77409*<br>EWING, NJ 08618 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 17,953.35<br>COMMENT: CL10GOVS*21k/PL*THRU 1/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6557 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 417.22<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3047 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 212.18<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7040 |

| PINNACLE CREDIT SERVICES LLC - ASSIGNEE | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:9 | ACCOUNT NO.: 0001 |
| PO BOX 10587 | | |
| | CLAIM: 1,492.16 | |
| GREENVILLE, SC  29603-0368 | COMMENT: NT/SCH*VERIZON/CELLCO PRTNRSHP*STALE | |

| JODI L HAUSE ESQ | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| BERNSTEIN-BURKLEY PC | Court Claim Number: | ACCOUNT NO.: |
| 2200 GULF TOWER | | |
| 707 GRANT ST | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: AMERIHOME MRTG CO LLC/PRAE | |

| AMERIHOME MORTGAGE COMPANY LLC | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
|---|---|---|
| C/O CENLAR FSB(*) | Court Claim Number:10 | ACCOUNT NO.: 6557 |
| ATTN BANKRUPTCY | | |
| PO BOX 77409* | CLAIM: 900.00 | |
| EWING, NJ  08618 | COMMENT: NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/17*CORRECTION NEEDED BY 8/15/18 | |

Case 18-70047-JAD    Doc 33    Filed 08/02/18    Entered 08/02/18 14:51:00    Desc
Page 5 of 5