**Form 128**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Douglas S Altemus** : | Case No. 18−70047−JAD |
| **Leah M Altemus** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| AmeriHome Mortgage Company, LLC : | |
| *Movant,* : | Related to Claim No. 10 |
| : | |
| v. : | |
| Douglas S Altemus : | |
| Leah M Altemus : | |
| *Respondent.* : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  8/15/2018 .

Dated: August 1, 2018

Melissa Guthrie
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Douglas S Altemus  
Leah M Altemus  
    Debtors

Case No. 18-70047-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: mgut    Page 1 of 1    Date Rcvd: Aug 01, 2018  
                        Form ID: 128    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
```
aty            +Kenneth P. Seitz,    Law Offices of Kenny P. Seitz,    P.O. Box 211,    Ligonier, PA 15658-0211
               +JAMES WARMBRODT, ESQ.,    KML LAW GROUP PC,    701 MARKET ST STE 5000,
                 PHILADELPHIA, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor   AmeriHome Mortgage Company, LLC,
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor   AmeriHome Mortgage Company, LLC,
               jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Joint Debtor Leah M Altemus thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Douglas S Altemus thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
```
                                                                                                     TOTAL: 8