2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-70047-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Douglas S Altemus
310 Shawnee View Road
Central City PA 15926

Leah M Altemus
310 Shawnee View Road
Central City PA 15926

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/25/2018.

Name and Address of Alleged Transferor(s):

Claim No. 10: AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING, NJ 08618

Name and Address of Transferee:

MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/28/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-70047-JAD
Douglas S Altemus                                                       Chapter 13
Leah M Altemus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: mgut              Page 1 of 1           Date Rcvd: Oct 26, 2018
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
14805432       +AMERIHOME MORTGAGE COMPANY, LLC,    CENLAR FSB,   BK Department, 425 PHILLIPS BLVD.,
                 EWING, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    AmeriHome Mortgage Company, LLC,
               bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    AmeriHome Mortgage Company, LLC,
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Joint Debtor Leah M Altemus thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Douglas S Altemus thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8