**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-70047-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Douglas S Altemus
310 Shawnee View Road
Central City PA 15926

Leah M Altemus
310 Shawnee View Road
Central City PA 15926

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/06/2019.

Name and Address of Alleged Transferor(s):

Claim No. 1: Ally Bank, PO Box 130424, Roseville MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/09/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 18-70047-JAD
Douglas S Altemus Chapter 13
Leah M Altemus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: dpas Page 1 of 1 Date Rcvd: Mar 07, 2019
 Form ID: trc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14767324        E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2019 02:29:07      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
          James    Warmbrodt     on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
          James    Warmbrodt     on behalf of Creditor    AmeriHome Mortgage Company, LLC,
           bkgroup@kmllawgroup.com
          Jodi L. Hause    on behalf of Creditor    AmeriHome Mortgage Company, LLC,
           jodi.hause@phelanhallinan.com,   pawb@fedphe.com
          Kenneth P. Seitz    on behalf of Joint Debtor Leah M Altemus thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Douglas S Altemus thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.net
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                TOTAL: 8