## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70047-JAD |
| **Douglas S. Altemus and** | : | |
| **Leah M. Altemus,** | : | Chapter 13 |
| Debtors | : | |
| | : | |
| **Douglas S. Altemus,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Amerihome Mortgage Company,** | : | |
| **Army & Air Force Exchange Svcs.,** | : | |
| **Capital One,** | : | |
| **Credit Protection Association,** | : | |
| **Dept. of Education/Nelnet,** | : | |
| **Directv, LLC,** | : | |
| **Diversified Consultant,** | : | |
| **First Premier Bank,** | : | |
| **IRS,** | : | |
| **MidFirst Bank,** | : | |
| **OneMain,** | : | |
| **Pinnacle Credit Services, LLC,** | : | |
| **Portfolio Recovery Associates,** | : | |
| **Premier Bankcard, LLC,** | : | |
| **Verizon,** | : | |
| **Webbank/Fingerhut,** | : | |
| Respondents | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 4th day of May, 2021, a true and correct copy of the Expedited Motion of Debtor to Obtain Auto Financing dated April 30, 2021, a copy of the Proposed Order, along with a copy of the Order Setting Date Certain for Response and Hearing on Motion dated May 3, 2021, on all the Parties on the Court's mailing matrix by First-Class Mail U.S. Postage paid.

| | |
|---|---|
| Executed on: <u>May 4, 2021</u> | Respectfully submitted, |
| | /s/ <u>Jessica L. Tighe</u> |
| | Jessica L. Tighe; Legal Asst. |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing         PRA Receivables Management, LLC         Peoples Natural Gas Company LLC
0315-7                                  PO Box 41021                            c/o S. James Wallace, P.C.
Case 18-70047-JAD                       Norfolk, VA 23541-1021                  845 N. Lincoln Ave.
WESTERN DISTRICT OF PENNSYLVANIA                                                Pittsburgh, PA 15233-1828
Johnstown
Wed Apr 28 14:13:38 EDT 2021

7                                       AMERIHOME MORTGAGE COMPANY, LLC         Ally Bank
U.S. Bankruptcy Court                   CENLAR FSB                              PO Box 130424
5414 U.S. Steel Tower                   BK Department, 425 PHILLIPS BLVD.       Roseville MN 55113-0004
600 Grant Street                        EWING, NJ 08618-1430
Pittsburgh, PA 15219-2703

Ally Financial                          Amerihome Mtg Co, Llc                   (p)CREDITORS BANKRUPTCY SERVICE
200 Renaissance Ctr                     21300 Victory Blvd Ste 2                PO BOX 800849
Detroit, MI 48243-1300                  Woodland Hills, CA 91367-2525           DALLAS TX 75380-0849


Capital One                             (p)CREDIT PROTECTION ASSOCIATION LP     Dept Of Education/neln
Po Box 30281                            PARKWAY CENTER V                        121 S 13th St
Salt Lake City, UT 84130-0281           2500 DALLAS PARKWAY SUTIE 500           Lincoln, NE 68508-1904
                                        PLANO TX 75093-4805


Directv, LLC                            Diversified Consultant                  First Premier Bank
by American InfoSource LP as agent      P O Box 551268                          601 S Minnesota Ave
PO Box 5008                             Jacksonville, FL 32255-1268             Sioux Falls, SD 57104-4868
Carol Stream, IL 60197-5008


IRS                                     MidFirst Bank                           ONEMAIN
Centralized Insolvency Operation        Bankruptcy Department                   PO BOX 3251
P.O. Box 7346                           999 NW Grand Boulevard, #110            EVANSVILLE, IN. 47731-3251
Philadelphia, PA 19101-7346             Oklahoma City, OK 73118-6051


Office of the United States Trustee     Onemain                                 Pinnacle Credit Services, LLC its successors
Liberty Center.                         Po Box 1010                             assigns as assignee of Cellco
1001 Liberty Avenue, Suite 970          Evansville, IN 47706-1010               Partnership d/b/a Verizon Wireless
Pittsburgh, PA 15222-3721                                                       Resurgent Capital Services
                                                                                PO Box 10587
                                                                                Greenville, SC 29603-0587

(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Premier Bankcard, Llc                   U.S. Department of Education
PO BOX 41067                            Jefferson Capital Systems LLC Assignee  C/O Nelnet
NORFOLK VA 23541-1067                   Po Box 7999                             121 South 13th Street, Suite 201
                                        Saint Cloud Mn 56302-7999               Lincoln, NE 68508-1911


Verizon                                 Webbank/fingerhut                       Douglas S Altemus
by American InfoSource LP as agent      6250 Ridgewood Road                     310 Shawnee View Road
PO Box 248838                           Saint Cloud, MN 56303-0820              Central City, PA 15926-8225
Oklahoma City, OK 73124-8838


Kenneth P. Seitz                        Leah M Altemus                          Ronda J. Winnecour
Law Offices of Kenny P. Seitz           310 Shawnee View Road                   Suite 3250, USX Tower
P.O. Box 211                            Central City, PA 15926-8225             600 Grant Street
Ligonier, PA 15658-0211                                                         Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd<br>Dallas, TX 75236 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240 | (d)Military Star<br>3911 S Walton Walker Blv<br>Dallas, TX 75236 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AmeriHome Mortgage Company, LLC, | (du)Amerihome Mortgage Company, LLC | (u)MidFirst Bank |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Peoples Natural Gas Company, LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     5<br>Total                  34 |