**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70047-JAD |
| **Douglas S. Altemus and** | : | |
| **Leah M. Altemus,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| **Douglas S. Altemus,** | : | |
| Movant | : | Related to Docket No. 50 |
| | : | |
| vs. | : | |
| | : | |
| **Amerihome Mortgage Company,** | : | |
| **Army & Air Force Exchange Svcs.,** | : | |
| **Capital One,** | : | |
| **Credit Protection Association,** | : | |
| **Dept. of Education/Nelnet,** | : | |
| **Directv, LLC,** | : | |
| **Diversified Consultant,** | : | |
| **First Premier Bank,** | : | |
| **IRS,** | : | |
| **MidFirst Bank,** | : | |
| **OneMain,** | : | |
| **Pinnacle Credit Services, LLC,** | : | |
| **Portfolio Recovery Associates,** | : | |
| **Premier Bankcard, LLC,** | : | |
| **Verizon,** | : | |
| **Webbank/Fingerhut,** | : | |
| Respondents | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

### ORDER CONFIRMING CHAPTER 13 POST-PETITION FINANCING

AND NOW, this  7th  day of  May , 2021, on consideration of the Debtor/Movant ("Movants") Motion Requesting Court Approval of Post-Petition Financing to Purchase a Motor Vehicle and to Request an Expedited Hearing Thereon (the "Motion"), after notice and hearing held via Zoom, this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is hereby granted and that movant is authorized to obtain financing to encumber the property of Movant's, that is, a new vehicle with a maximum lien amount of Twenty-Five Thousand Dollars ($25,000.00), to be repaid at a maximum monthly payment of Four Hundred Twenty-Five Dollars ($425.00) per month, such indebtedness to bear interest at a maximum annual percentage rate of 19.99%.

**IT IS FURTHER ORDERED** that within five (5) days of the date of this Order, Movant shall serve a copy of this Order on all Respondents, their attorneys, if any, and any other party appearing; and

**IT IS FURTHER ORDERED** that once the above-described transaction has been completed, **any and all payments to be made to the secured creditor shall be made through the Chapter 13 Trustee** and that within twenty (20) days from the date of the completion of said transaction, Movants shall file an Amended Plan providing for such payments and for the inclusion of the subject transaction in Movant's Chapter 13 Plan.

BY THE COURT:

jsf

JEFFERY A. DELLER
United States Bankruptcy Judge

FILED
5/7/21 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-70047-JAD
Douglas S Altemus  Chapter 13
Leah M Altemus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: mgut    Page 1 of 2
Date Rcvd: May 07, 2021    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas S Altemus, Leah M Altemus, 310 Shawnee View Road, Central City, PA 15926-8225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor AmeriHome Mortgage Company  LLC, bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Leah M Altemus thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Douglas S Altemus thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 2 of 2 |
| Date Rcvd: May 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
        on behalf of Creditor AmeriHome Mortgage Company  LLC, pawb@fedphe.com

TOTAL: 8