# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70047-JAD |
| **Douglas S. Altemus and** | : | |
| **Leah M. Altemus,** | : | Chapter 13 |
| Debtors | : | |
| | : | |
| **Douglas S. Altemus,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Amerihome Mortgage Company,** | : | |
| **Army & Air Force Exchange Svcs.,** | : | |
| **Capital One,** | : | |
| **Credit Protection Association,** | : | |
| **Dept. of Education/Nelnet,** | : | |
| **Directv, LLC,** | : | |
| **Diversified Consultant,** | : | |
| **First Premier Bank,** | : | |
| **IRS,** | : | |
| **MidFirst Bank,** | : | |
| **OneMain,** | : | |
| **Pinnacle Credit Services, LLC,** | : | |
| **Portfolio Recovery Associates,** | : | |
| **Premier Bankcard, LLC,** | : | |
| **Verizon,** | : | |
| **Webbank/Fingerhut,** | : | |
| Respondents | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER CONFIRMING
## CHAPTER 13 POST-PETITION FINANCING

I, Kenneth P. Seitz, Esquire for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 10th day of May, 2021, a true and exact copy of the Order Confirming Chapter 13 Post-Petition Financing dated May 7, 2021, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>May 10, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing      PRA Receivables Management, LLC        Peoples Natural Gas Company LLC
0315-7                               PO Box 41021                           c/o S. James Wallace, P.C.
Case 18-70047-JAD                    Norfolk, VA 23541-1021                 845 N. Lincoln Ave.
WESTERN DISTRICT OF PENNSYLVANIA                                            Pittsburgh, PA 15233-1828
Johnstown
Wed Apr 28 14:13:38 EDT 2021

7                                    AMERIHOME MORTGAGE COMPANY, LLC        Ally Bank
U.S. Bankruptcy Court                CENLAR FSB                             PO Box 130424
5414 U.S. Steel Tower                BK Department, 425 PHILLIPS BLVD.      Roseville MN 55113-0004
600 Grant Street                     EWING, NJ 08618-1430
Pittsburgh, PA 15219-2703

Ally Financial                       Amerihome Mtg Co, Llc                  (p)CREDITORS BANKRUPTCY SERVICE
200 Renaissance Ctr                  21300 Victory Blvd Ste 2               PO BOX 800849
Detroit, MI 48243-1300               Woodland Hills, CA 91367-2525          DALLAS TX 75380-0849


Capital One                          (p)CREDIT PROTECTION ASSOCIATION LP    Dept Of Education/neln
Po Box 30281                         PARKWAY CENTER V                       121 S 13th St
Salt Lake City, UT 84130-0281        2500 DALLAS PARKWAY SUTIE 500          Lincoln, NE 68508-1904
                                     PLANO TX 75093-4805


Directv, LLC                         Diversified Consultant                 First Premier Bank
by American InfoSource LP as agent   P O Box 551268                         601 S Minnesota Ave
PO Box 5008                          Jacksonville, FL 32255-1268            Sioux Falls, SD 57104-4868
Carol Stream, IL  60197-5008


IRS                                  MidFirst Bank                          ONEMAIN
Centralized Insolvency Operation     Bankruptcy Department                  PO BOX 3251
P.O. Box 7346                        999 NW Grand Boulevard, #110           EVANSVILLE, IN. 47731-3251
Philadelphia, PA 19101-7346          Oklahoma City, OK 73118-6051


Office of the United States Trustee  Onemain                                Pinnacle Credit Services, LLC its successors
Liberty Center.                      Po Box 1010                            assigns as assignee of Cellco
1001 Liberty Avenue, Suite 970       Evansville, IN 47706-1010              Partnership d/b/a Verizon Wireless
Pittsburgh, PA 15222-3721                                                   Resurgent Capital Services
                                                                            PO Box 10587
                                                                            Greenville, SC 29603-0587

(p)PORTFOLIO RECOVERY ASSOCIATES LLC Premier Bankcard, Llc                  U.S. Department of Education
PO BOX 41067                         Jefferson Capital Systems LLC Assignee C/O Nelnet
NORFOLK VA 23541-1067                Po Box 7999                            121 South 13th Street, Suite 201
                                     Saint Cloud Mn 56302-7999              Lincoln, NE 68508-1911


Verizon                              Webbank/fingerhut                      Douglas S Altemus
by American InfoSource LP as agent   6250 Ridgewood Road                    310 Shawnee View Road
PO Box 248838                        Saint Cloud, MN 56303-0820             Central City, PA 15926-8225
Oklahoma City, OK  73124-8838



Kenneth P. Seitz                     Leah M Altemus                         Ronda J. Winnecour
Law Offices of Kenny P. Seitz        310 Shawnee View Road                  Suite 3250, USX Tower
P.O. Box 211                         Central City, PA 15926-8225            600 Grant Street
Ligonier, PA 15658-0211                                                     Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Army & Air Force Exchange Services
Attention: GC-G
3911 S. Walton Walker Blvd
Dallas, TX 75236

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240

(d)Military Star
3911 S Walton Walker Blv
Dallas, TX 75236

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AmeriHome Mortgage Company, LLC,

(du)Amerihome Mortgage Company, LLC

(u)MidFirst Bank

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Peoples Natural Gas Company, LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

End of Label Matrix
Mailable recipients    29
Bypassed recipients     5
Total                  34