**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : **Bankruptcy No. 18-70047-JAD** |
| **Douglas S. Altemus and** | : |
| **Leah M. Altemus,** | : **Chapter 13** |
|        **Debtors** | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 17th day of June, 2021, a true and correct copy of the Order dated June 16, 2021, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    COMMONWEALTH OF PENNSYLVANIA
    BUREAU OF COMMONWEALTH PAYROLL OPERATIONS
    P.O. BOX 8006
    HARRISBURG, PA 17105

    DOUGLAS S. ALTEMUS
    LEAH M. ALTEMUS
    310 SHAWNEE VIEW ROAD
    CENTRAL CITY, PA 15926

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>June 17, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470