## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Douglas S. Altemus and** | ) | **Case No. 18-70047-JAD** |
| **Leah M. Altemus,** | ) | |
| **Debtors** | ) | **Chapter 13** |
| | ) | |
| | ) | Doc. # 61 |

_____

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑     a motion to dismiss case or certificate of default requesting dismissal

❑     a plan modification sought by: _____

❑     a motion to lift stay
      as to creditor   _____

☑     Other:     <u>Plan Payment Delinquency</u>

     **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

     **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑   Chapter 13 Plan dated February 12, 2018
❑   Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑     Debtors' Plan payments shall be changed from $ <u>2,300.00, to $2,448.00</u> effective <u>July 2021; and/or the Plan term shall remain at __60__ months. The Debtors wish to cure the plan arrears through an increase in the monthly plan payment.</u>      .

❏    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏    Debtor(s) shall file and serve _____ on or before _____.

❏    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❏    Other:

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

-2-

FILED
6/16/21 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**SO ORDERED**, this 16th day of ___June___, 2021

_____
Jeffery A. Deller
United States Bankruptcy Judge


Stipulated by:                         Stipulated by:

/s/ Kenneth P. Seitz, Esquire          /s/ Owen W. Katz, Esquire
Counsel to Debtor                      Counsel to Chapter 13 Trustee



Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 18-70047-JAD

Douglas S Altemus                                                          Chapter 13

Leah M Altemus

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: mgut                                    Page 1 of 3

Date Rcvd: Jun 16, 2021                    Form ID: pdf900                      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas S Altemus, Leah M Altemus, 310 Shawnee View Road, Central City, PA 15926-8225 |
| 14805432 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14764608 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 14764610 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14764613 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14937331 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14793102 | + | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14767324 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2021 23:25:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14764607 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2021 23:25:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14806377 | | Email/Text: BankruptcyNotices@aafes.com | Jun 16 2021 23:25:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 14764615 | | Email/Text: BankruptcyNotices@aafes.com | Jun 16 2021 23:25:00 | Military Star, 3911 S Walton Walker Blv, Dallas, TX 75236 |
| 14764609 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:35:16 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14764611 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 16 2021 23:26:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14800682 | | Email/Text: G06041@att.com | Jun 16 2021 23:26:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14764612 | + | Email/Text: bankruptcynotices@dcicollect.com | Jun 16 2021 23:26:00 | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14764614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2021 23:25:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14771355 | | Email/PDF: cbp@onemainfinancial.com | Jun 16 2021 23:35:16 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14764616 | + | Email/PDF: cbp@onemainfinancial.com | Jun 16 2021 23:35:16 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15006053 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 23:35:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

District/off: 0315-7                                     User: mgut                                          Page 2 of 3

Date Rcvd: Jun 16, 2021                              Form ID: pdf900                                   Total Noticed: 25

| 14764998 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Jun 16 2021 23:35:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14804794 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 16 2021 23:35:19 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14792816 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jun 16 2021 23:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14771656 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jun 16 2021 23:26:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14797441 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Jun 16 2021 23:49:17 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14764617 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Jun 16 2021 23:26:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | AmeriHome Mortgage Company, LLC, |
| cr | | Amerihome Mortgage Company, LLC |
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021                     Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |
| | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor AmeriHome Mortgage Company  LLC, bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | |
| | on behalf of Joint Debtor Leah M Altemus thedebterasers@aol.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Douglas S Altemus thedebterasers@aol.com |

District/off: 0315-7                         User: mgut                                    Page 3 of 3
Date Rcvd: Jun 16, 2021                      Form ID: pdf900                               Total Noticed: 25

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor AmeriHome Mortgage Company  LLC, pawb@fedphe.com


TOTAL: 8