

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:     18-70047

DEBTOR(S):

DOUGLAS S ALTEMUS

LEAH M ALTEMUS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 9 IN THE AMOUNT OF $1,492.16

CREDITOR'S SIGNATURE:

*/s/ Korinny Sanchez*

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC its successors and assigns as assignee of Cellco Partnership d/b/a Verizon Wireless

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(866) 572-0265

DATE:

7/28/2022