Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Douglas S Altemus**
**Leah M Altemus**
　Debtor(s)

Bankruptcy Case No.: 18−70047−JAD

Chapter: 13
Docket No.: 83 − 82

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

　**AND NOW,** this The 29th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/24/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/23.**

　　　　　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-70047-JAD
Douglas S Altemus     Chapter 13
Leah M Altemus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3
Date Rcvd: Mar 29, 2023     Form ID: 408     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas S Altemus, PO Box 177, Central City, PA 15926-0177 |
| jdb | + | Leah M Altemus, 310 Shawnee View Road, Central City, PA 15926-8225 |
| 14805432 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14764608 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 14764610 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:27 | Pinnacle Credit Services, LLC its successors and a, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, UNITED STATES 29603-0587 |
| 14767324 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14764607 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14806377 | + | Email/Text: BankruptcyNotices@aafes.com | Mar 29 2023 23:53:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 14764609 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:52 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14764611 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 29 2023 23:54:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14800682 | | Email/Text: G06041@att.com | Mar 29 2023 23:54:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14764612 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 29 2023 23:54:00 | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14764613 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 29 2023 23:52:24 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14764614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2023 23:53:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14937331 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 29 2023 23:52:37 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14764615 | + | Email/Text: BankruptcyNotices@aafes.com | Mar 29 2023 23:53:00 | Military Star, 3911 S Walton Walker Blv, Dallas, TX 75236-1509 |

Case 18-70047-JAD  Doc 84  Filed 03/31/23  Entered 04/01/23 00:31:59  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14771355 | | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 23:52:45 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14764616 | + | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 23:52:46 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15006053 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:18 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14764998 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14793102 | + | Email/Text: ebnpeoples@grblaw.com | Mar 29 2023 23:53:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14804794 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:28 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14792816 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 29 2023 23:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14771656 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 29 2023 23:54:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14797441 | | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:58 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14764617 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 29 2023 23:54:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriHome Mortgage Company, LLC, |
| cr | | Amerihome Mortgage Company, LLC |
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 31, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408 | Total Noticed: 27 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor AmeriHome Mortgage Company  LLC, bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Leah M Altemus thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Douglas S Altemus thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor AmeriHome Mortgage Company  LLC, pawb@fedphe.com |

TOTAL: 9