**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DOUGLAS S ALTEMUS<br>LEAH M ALTEMUS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-70047 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/26/2018 and confirmed on 5/24/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 133,317.19 |
| Less Refunds to Debtor | 5,657.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 127,659.20 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,029.00 | |
|   Trustee Fee | 5,784.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,813.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 64,769.40 | 0.00 | 64,769.40 |
|     Acct: 6443 | | | | |
|   MIDFIRST BANK SSB* | 17,953.35 | 17,953.35 | 0.00 | 17,953.35 |
|     Acct: 6443 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 13,836.26 | 13,836.26 | 1,531.62 | 15,367.88 |
|     Acct: 6801 | | | | |
|   ONE MAIN FINANCIAL OF PA INC FKA SPR | 9,970.07 | 9,970.07 | 801.03 | 10,771.10 |
|     Acct: 7275 | | | | |
| | | | | 108,861.73 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS S ALTEMUS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS S ALTEMUS | 1,129.85 | 1,129.85 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS S ALTEMUS | 4,528.14 | 4,528.14 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,029.00 | 3,029.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,421.06 | 3,421.06 | 0.00 | 3,421.06 |
|     Acct: 1304 | | | | |
|   MIDFIRST BANK SSB* | 900.00 | 900.00 | 0.00 | 900.00 |
|     Acct: 6443 | | | | |
| | | | | 4,321.06 |
| **Unsecured** | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3515 | | | | |
|   CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0498 | | | | |
|   US DEPARTMENT OF EDUCATION | 930.44 | 930.44 | 0.00 | 930.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1304 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 521.35 | 521.35 | 0.00 | 521.35 |
| Acct: 4726 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 315.80 | 315.80 | 0.00 | 315.80 |
| Acct: 6921 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6889 | | | | |
| ARMY & AIR FORCE EXCHANGE SVCS | 2,783.80 | 2,783.80 | 0.00 | 2,783.80 |
| Acct: 8774 | | | | |
| MILITARY STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2855 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3603 | | | | |
| INTERNAL REVENUE SERVICE* | 481.88 | 481.88 | 0.00 | 481.88 |
| Acct: 1304 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 417.22 | 417.22 | 0.00 | 417.22 |
| Acct: 3047 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 212.18 | 212.18 | 0.00 | 212.18 |
| Acct: 7040 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSI( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,662.67 |

TOTAL PAID TO CREDITORS                                                118,845.46

TOTAL CLAIMED
PRIORITY         4,321.06
SECURED         41,759.68
UNSECURED        5,662.67

Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   DOUGLAS S ALTEMUS
   LEAH M ALTEMUS
       Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:18-70047 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70047-JAD |
| Douglas S Altemus | Chapter 13 |
| Leah M Altemus | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas S Altemus, PO Box 177, Central City, PA 15926-0177 |
| jdb | + | Leah M Altemus, 310 Shawnee View Road, Central City, PA 15926-8225 |
| 14805432 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14764608 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 14764610 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:27 | Pinnacle Credit Services, LLC its successors and a, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, UNITED STATES 29603-0587 |
| 14767324 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14764607 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14806377 | + | Email/Text: BankruptcyNotices@aafes.com | Mar 29 2023 23:53:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 14764609 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:53 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14764611 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 29 2023 23:54:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14800682 | | Email/Text: G06041@att.com | Mar 29 2023 23:54:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14764612 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 29 2023 23:54:00 | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14764613 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 29 2023 23:52:55 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14764614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2023 23:53:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14937331 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 29 2023 23:52:37 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14764615 | + | Email/Text: BankruptcyNotices@aafes.com | Mar 29 2023 23:53:00 | Military Star, 3911 S Walton Walker Blv, Dallas, TX 75236-1509 |

Case 18-70047-JAD    Doc 85    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14771355 | | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 23:51:59 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14764616 | + | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 23:52:33 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15006053 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14764998 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14793102 | + | Email/Text: ebnpeoples@grblaw.com | Mar 29 2023 23:53:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14804794 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:42 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14792816 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 29 2023 23:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14771656 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 29 2023 23:54:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14797441 | | Email/PDF: ebn_ais@aisinfo.com | Mar 30 2023 00:03:10 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14764617 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 29 2023 23:54:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriHome Mortgage Company, LLC, |
| cr | | Amerihome Mortgage Company, LLC |
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 27

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor AmeriHome Mortgage Company LLC, bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Leah M Altemus thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Douglas S Altemus thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor AmeriHome Mortgage Company LLC, pawb@fedphe.com |

TOTAL: 9