IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
DOUGLAS S ALTEMUS
LEAH M ALTEMUS
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-70047 JAD

Chapter 13

Document No.: 82

FILED
5/16/23 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

  AND NOW, this \_\_\_\_16th\_\_\_\_ day of \_\_\_\_May\_\_\_\_, 20 23 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.



BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70047-JAD |
| Douglas S Altemus | Chapter 13 |
| Leah M Altemus | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas S Altemus, PO Box 177, Central City, PA 15926-0177 |
| jdb | + | Leah M Altemus, 310 Shawnee View Road, Central City, PA 15926-8225 |
| 14805432 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14764608 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 14764610 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:14:28 | Pinnacle Credit Services, LLC its successors and a, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, UNITED STATES 29603-0587 |
| 14767324 | | Email/Text: ally@ebn.phinsolutions.com | May 17 2023 00:07:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14764607 | + | Email/Text: ally@ebn.phinsolutions.com | May 17 2023 00:07:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14806377 | + | Email/Text: BankruptcyNotices@aafes.com | May 17 2023 00:07:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 14764609 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 00:26:25 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14764611 | + | Email/Text: electronicbkydocs@nelnet.net | May 17 2023 00:08:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14800682 | | Email/Text: G06041@att.com | May 17 2023 00:08:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14764612 | + | Email/Text: bankruptcynotices@dcicollect.com | May 17 2023 00:08:00 | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14764613 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 17 2023 00:14:20 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14764614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2023 00:07:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14937331 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 17 2023 00:25:35 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14764615 | + | Email/Text: BankruptcyNotices@aafes.com | May 17 2023 00:07:00 | Military Star, 3911 S Walton Walker Blv, Dallas, TX 75236-1509 |

Case 18-70047-JAD    Doc 90    Filed 05/18/23    Entered 05/19/23 00:28:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14771355 | | Email/PDF: cbp@onemainfinancial.com | May 17 2023 00:13:12 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14764616 | + | Email/PDF: cbp@onemainfinancial.com | May 17 2023 00:25:36 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15006053 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 00:13:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14764998 | + | Email/PDF: rmscedi@recoverycorp.com | May 17 2023 00:14:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14793102 | + | Email/Text: ebnpeoples@grblaw.com | May 17 2023 00:07:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14804794 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:14:24 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14792816 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 17 2023 00:08:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14771656 | + | Email/Text: electronicbkydocs@nelnet.net | May 17 2023 00:08:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14797441 | | Email/PDF: ebn_ais@aisinfo.com | May 17 2023 00:13:19 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14764617 | + | Email/Text: bnc-bluestem@quantum3group.com | May 17 2023 00:08:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriHome Mortgage Company, LLC, |
| cr | | Amerihome Mortgage Company, LLC |
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 27 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor AmeriHome Mortgage Company  LLC, bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Leah M Altemus thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Douglas S Altemus thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor AmeriHome Mortgage Company  LLC, pawb@fedphe.com |

TOTAL: 9